■ REGINA C. SIMMS, Appellant, v. HERBERT L. SIMMS et al., Respondents.— In an action for a judgment declaring the rights of the parties in and to certain policies of life insurance, the appeal is from a judgment declaring that appellant was not the owner or assignee of the policies and making other directions with respect thereto. Judgment unanimously affirmed, with costs to respondent Herbert L. Simms. No opinion. Present — Nolan, P. J., Wenzel, Beldock, Ughetta and Kleinfeld, JJ.

■ FRANCIS M. TENCH et al., Appellants, v. HIGHFIELD ESTATES, INC., et al., Respondents.— Action to recover damages alleged to have been caused by a change of grade of real property resulting in the collecting of surface rain water and the directing of said water to overflow onto the adjoining land, and for other relief. The appeals are from orders dismissing the complaint under subdivision 4 of rule 106 and subdivision 4 of rule 107 of the Rules of Civil Practice. Orders unanimously affirmed, with one bill of $10 costs and disbursements. The complaint does not allege that the water was collected or directed by means of ditches, drains, or channels. (Cf. *Bennett* v. *Cupina,* 253 N. Y. 436; *Barkley* v. *Wilcox,* 86 N. Y. 140.) Present — Wenzel, Acting P. J., Murphy, Ughetta, Hallinan and Kleinfeld, JJ.

## (December 19, 1956)

■ In the Matter of the Application of GEORGE W. HAND, for Admission to Practice as an Attorney. (From the State of Indiana.) — Application granted. Present — Nolan, P. J., Wenzel, Beldock, Murphy and Hallinan, JJ.

## (December 21, 1956)

■ YAHYA ARYEH, Appellant, v. UNITED STATES FINISHING CO., Respondent.— Motion for reargument and for other relief denied, with $10 costs. Present — Wenzel, Acting P. J., Murphy, Ughetta, Hallinan and Kleinfeld, JJ. [See *ante,* p. 901.]

■ In the Matter of the Estate of ARTHUR K. BOURNE, JR., Deceased. LAWRENCE G. BOURNE et al., Infants, by ARTHUR M. CROMARTY, Special Guardian, et al., Appellants; ELIZABETH S. BOURNE et al., Respondents.— Motion referred to the court that rendered the decision. Present — Wenzel, Acting P. J., Beldock, Murphy, Ughetta and Kleinfeld, JJ. Motion for reargument denied, without costs. Motion for leave to appeal to the Court of Appeals denied. Present — Wenzel, Acting P. J., Beldock, Murphy, Hallinan and Kleinfeld, JJ. [See *ante,* p. 896.]

■ In the Matter of THEODORE Loos et al., Petitioners, against NEW YORK CITY TRANSIT AUTHORITY, Respondent.— Motion to dispense with printing denied, without costs. (See *Boylan* v. *Southern Pacific Co.,* 253 App. Div. 195.) Present — Wenzel, Acting P. J., Beldock, Murphy, Ughetta and Kleinfeld, JJ.